UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/10
```

UNITED STATES OF AMERICA,

V.

Vadim Chervin.

ORDER
10 CR 918-7 (RPP)

---

IT IS ORDERED that the ~~C.J.A.~~ attorney assigned for today, Frederick Cohen, is assigned to represent the defendant in the above captioned matter.

SO ORDERED.

_____
Honorable Robert P. Patterson, Jr.
United States District Judge

October 13, 2010
Dated: New York, New York

cc: Magistrates