FREDERICK H. COHN

ATTORNEY AT LAW

61 BROADWAY

SUITE 1601

NEW YORK, NY 10006

212-768-1110

FAX 212-267-3024

fcohn@frederickhcohn.com





November 19, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10

Hon. Robert P. Jr.Patterson
Daniel Patrick Moynihan USC
500 Pearl Street, Room 2550
New York, New York 10007

**Re: U.S. v. Vadim Chervin, et at.,**
**Docket No.: 10 Cr. 0918(RPP)**

Dear Judge Patterson:

I represent Vadim Chervin, the defendant in the above entitled case, and I am requesting that you authorize me to utilize the services of Shana Knizhnik and Irina Stankevitch as paralegals in order to save time and expense in reviewing many documents in this matter.

I am requesting that they be compensated at the rate of $65.00 per hour as they are full time employees and I have the obligation to absorb overhead and benefits for them.

Respectfully yours,

Frederick H. Cohn

application granted
So ordered
Robert P Patterson
USDC
11/22/10

cc: Jerry Tritz