UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-　　　　　　　　　　　　　　　　AFFIDAVIT OF SVETLANA
　　　　　　　　　　　　　　　　　　　　　　　CHERVIN
　　　　　　　　　　　　　　　　　　　　　　　10-CR-0918 (RPP)

VADIM CHERVIN, et al.,
    a/k/a "Vadik,"
        Defendants.
------------------------------------------------------------X
STATE OF NEW YORK　　　)
　　　　　　　　　　　　)ss:
COUNTY OF NEW YORK　　 )

I, Svetlana Chervin, being duly sworn depose and say:

1. I reside at 36 Lake Drive, North. Brunswick, NJ 08902.

2. On October 13, 2010 my husband Vadim Chervin was arrested in the federal indictment.

3. During the execution of the search warrant FBI agents have taken the safe from my closet.

4. The safe was opened at FBI headquarters but a list of items recovered from my safe was never produced by the FBI.

5. We, through my husband's attorney, have made numerous inquiries to the prosecutor's office, but he was only given back some papers that were inside the safe. No jewelry, watches or certificates were never returned or produced as evidence.

6. Some of the jewelry contained inside the safe are:

   a) Concord watch (yellow 18k gold) – Birthday gift and birth of first son year 1995;

   b) Jacobs & Co. diamond bezel watch – Birthday gift and birth of 2nd son year 2000;

   c) White and Yellow gold ring with round shape diamond ( about 5 karat) – Gift anniversary with certificate in the safe year 1999;

   d) Yellow gold ring with diamonds – Engagement ring year 1992;

   e) White gold and diamonds necklace and earrings ( with round shapes) – Birthday present year 1994;

   f) White gold and diamonds "book" like ring and square shape white gold and diamonds earrings - year 1998;

   g) White gold diamonds and blue sapphire ring and blue sapphire gold earrings – Birthday gift year 1999;

   h) White gold and diamonds two side flip ring. Anniversary year 2002;

   i) White gold with diamonds necklace (Baraka) – 25th Birthday gift year 1996;

   j) White gold ring and earrings with two diamonds each and one on each earring– year 2005;

Wherefore your deponent demands the return of the safe and its contents.

_____
SVETLANA CHERVIN

Sworn to before me this
day 2nd of March, 2012

_____
Notary Public

KATHERINE V. MATIAS (Luzuriaga)
Notary Public, State of New York
No. 01MA6214119
Qualified in Queens County
Commission Expires Nov. 30, 2013