

**FREDERICK H. COHN**

ATTORNEY AT LAW

111 BROADWAY

SUITE 1805

NEW YORK, NY 10006

212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com



RECEIVED JUL 23 2012
MEMBERS OF JUDGE ROBERT P. PATTERSON

July 23, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/12

**BY FACSIMILE (212) 805 7917**
Hon. Robert P. Jr. Patterson
Daniel Patrick Moynihan USC
500 Pearl Street, Room 2550
New York, New York 10007

        Re: **U.S. v. Vadim Chervin, et at.,**
        **Docket No.: 10 Cr. 0918(RPP)**

Dear Judge Patterson:

    I write to request an order amending Vadim Chervins' conditions of bail to include permission to travel on July 27 from 12 am to 8pm from North Brunswick, New Jersey to Philadelphia for a business purpose. Assistant United States Attorney William Harrington, Esq. and Probation Officer Jason G. Lerman consent to this request.

    I thank your Honor for your kind consideration of this request.

                               Respectfully submitted,

                               Frederick H. Cohn

*[Handwritten endorsement: Application granted. So ordered. Robert P. Patterson, USDJ 7/23/11]*

cc: William Harrington, AUSA (by email)
    Jason G. Lerman, P.O. (by email)