UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
UNITED STATES OF AMERICA          :
                                  :   10 CR. 918
       -against-                  :   ORDER
                                  :
Vadim Chervin                     :
                                  :
          Defendant               :
                                  :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/12

     Robert P. Patterson, United States District Judge:

     ORDERED that the defendant's bail be modified to include strict
Pretrial Services supervision with drug testing and treatment under
the guidance of Pretrial Services

     Dated: New York, New York
            October 22, 2012


                    SO ORDERED


     10/23/12    _____
                      Robert P. Patterson
                 United States District Judge