UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ARON CHERVIN et al.,<br><br>      Defendants. | Case No.: 1:10-cr-00918-RPP |

**MOTION FOR LEAVE TO**
**WITHDRAW APPEARANCE OF WILLIAM J. HARRINGTON**

Pursuant to Local Rule 1.4, William J. Harrington, formerly of the United States Attorney's Office for the Southern District of New York, respectfully moves this Court for permission to withdraw as counsel for Plaintiff United States of America in the above captioned matter. Attorney Harrington will no longer be associated with the United States Attorney's Office for the Southern District of New York and should be removed from the service list. United States Attorney's Office for the Southern District of New York continues to serve as counsel for Plaintiff for the United States of America through their attorneys Jason Peter Hernandez, Joshua Arditi Naftalis, and Sarah Y. Lai, and all future correspondence and papers in this action should continue to be directed to them.

LIBW/1848763.1

Dated: December 5, 2012            Respectfully submitted,

<div style="margin-left:3in">

/s/ William J. Harrington
William J Harrington
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333
E-Mail: WHarrington@goodwinprocter.com

</div>

LIBW/1848763.1

**CERTIFICATE OF SERVICE**

    I, William J. Harrington, hereby certify that on December 5, 2012, a true copy of the foregoing Motion for Leave to Withdraw Appearance of William J. Harrington and Proposed Order Approving Withdrawal of Counsel was served on counsel of record via the Southern District of New York's CM/ECF system.

                                              /s/ William J. Harrington
                                              William J. Harrington