

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2013



RECEIVED
JAN 11 2013
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

BY FACSIMILE
(212) 805-7917

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:  United States v. Vadim Chervin
     S7 10 Cr. 918 (RPP)

Dear Judge Patterson:

      The Government respectfully requests that the Court adjourn the sentencing in this case currently scheduled for Monday, January 11, 2013, for about 30 days. The Government is making this request because defense counsel has brought several new facts to our attention regarding Mr. Chervin's family that the Government needs time to investigate and respond to. I spoke to Mr. Cohn and he has no objection to the adjournment.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Jason P. Hernandez
Sarah Y. Lai
Joshua Naftalis
Assistant U.S. Attorneys
(212) 637-1024 / 1944/ 2310

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/13

cc:  Fred Cohn, Esq. (By electronic mail)

See attached
typewritten
Memo Endorsement

[Handwritten endorsement: Adjournment granted. Sentencing 2/13/13 at 10am. So ordered. Robert P. Patterson USDJ]

TOTAL P.002

USA v. Vadim Chervin, 10cr918(RPP)

**Memo Endorsement reads:**
Application granted.
Sentence adjourned to 2/14/13 at 10am.
　　　　　　　So Ordered.
　　　　　　　Robert P. Patterson, Jr.
　　　　　　　　USDJ
　　　　　　　　　1/11/13