**MEMO ENDORSED**

**FREDERICK H. COHN**
ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com



RECEIVED
JAN 14 2013
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

January 3, 2013

**BY FACSIMILE (212) 805-7917**
Hon. Robert P. Patterson Jr.
Daniel Patrick Moynihan USC
Southern District of NY
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/13

Re: **United States v. Vadim Chervin**
Docket No.: 10 Cr. 918 (RPP)

Dear Judge Patterson:

As a result of our last filings the government asked me to consent to an adjournment so that they could investigate the claims that are being made. As it is their right, I consented and the matter was adjourned by you to February 14, 2013.

The government also requested that I take a subpoena for Larisa Chervin (Mr. Chervin's mother). After checking to see if I had permission, I accepted the subpoena. A copy is attached.

Mrs. Chervin has indicated that she is uncomfortable and wishes to have a lawyer. I have sent her a CJA 23 so that you may make a determination as to her eligibility. It has been notarized and is attached. If you do so determine, then I ask that you appoint counsel for her. I will advise counsel to get in touch with Jason Hernandez, AUSA.

There may be other issues attendant to this investigation but I will take them up directly with the government. I am hopeful we can work them out.

Respectfully yours,

Frederick H. Cohn

encl.
cc: Jason Hernandez/Sara Lai, AUSAs (by email)

*See attached typewritten Memo Endorsement*

[Handwritten endorsement:] application denied. I don't think Larisa Chervin qualifies for CJA counsel for this very limited purpose. So ordered. 1/15/13 [signature] RPP USDJ

Court Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO: **Larisa Chervin**

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 500 Pearl Street, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   January 14, 2013          Appearance Time:   11:30 am
Appearance Place:   U.S. Courthouse, 500 Pearl Street, New York, New York
to testify and give evidence in the following matter:

United States v. Vadim Chervin and William Gibbs. S7 10 Cr. 918 (RPP)

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

**<u>PERSONAL APPEARANCE IS REQUIRED</u>**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         January 10, 2013

PREET BHARARA
*United States Attorney for the*
*Southern District of New York*

Jason Hernandez
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:   (212) 637-1024

rev. 02.01.12

# FINANCIAL AFFIDAVIT

IN THE UNITED STATES [X] DISTRICT COURT  [ ] COURT OF APPEALS  [ ] OTHER (Specify below)

IN THE CASE OF: U.S. v. Chervin

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Larisa Chervin

- [X] Defendant - Adult
- [ ] Defendant - Juvenile
- [ ] Appellant
- [ ] Probation Violator
- [ ] Supervised Release Violator
- [ ] Habeas Petitioner
- [ ] 2255 Petitioner
- [ ] Material Witness
- [ ] Other (Specify)

DOCKET NUMBERS:
District Court: 10-918
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box):  [ ] Felony   [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? [X] Yes  [ ] No  [ ] Self-Employed
Name and address of employer: Akiva Ofshtein PC - 4321 34 St. LIC NY 11101
IF YES, how much do you earn per month? $ 1,700
IF NO, give month and year of last employment? How much did you earn per month? $ 
If married, is your spouse employed? [X] Yes  [ ] No   Alex - 933 St. Social Security
IF YES, how much does your spouse earn per month? $ 4,147 — sold in 2012   as salesperson amount vary each month
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**INCOME & ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [X] No
IF YES, give the amount received and identify the sources. RECEIVED: —   SOURCES: —

**CASH**
Do you have any cash on hand or money in savings or checking accounts? [X] Yes  [ ] No   IF YES, total amount? $ 4000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes  [ ] No
IF YES, give value and description of each:
- VALUE $ 500,000  DESCRIPTION: House at 86 Lake Drive, New Brunswick NJ 08901  sold at
- VALUE $ 15,000   DESCRIPTION: 2006 Lexus RX
- VALUE $ 6,000    DESCRIPTION: 2007 Nissan SD

**DEPENDENTS**
MARITAL STATUS: [X] Married   [ ] Single   [ ] Widowed   [ ] Separated or Divorced
Total No. of Dependents: 1
List persons you actually support and your relationship to them: myself, husband

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| 2006 Lex | 5000 | 194.56 |
| 2007 NIS | 9022 | 144.15 |
| Rent, utility, household/med | | 1700 |
| Insur. Auto/Life | | 400 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Larisa Chervin
Date: 01.14.13

JUDIT DUBOVAN
Notary Public, State of New York
No. 01DU6263401
Qualified in Queens County
Commission Expires June 11, 2016

Subscribed and sworn to before me on 14 January, 2013
Notary Public: Judit Dubovan

## Rider

Provide any documents in your possession, custody, and/or control regarding any of the events described in the attached email dated October 11, 2012. This request includes but is not limited to police reports, medical records, reports made to state agencies.

Case:      U.S. v. Vadim Chervin
Index No.: 10 Cr. 918  (RPP)

**MEMO ENDORSEMENT READS AS FOLLOWS:**

Application denied.

I don't think Larisa Chervin qualifies for CJA counsel for this very limited purpose.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 1/15/13*