

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



January 25, 2013

BY FACSIMILE
(212) 805-7917

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/13
```

    Re:    United States v. Vadim Chervin
           10 Cr. 918 (RPP)

Dear Judge Patterson:

    The Government writes to request that the Court terminate Yuri Zelinksy's motion for the return of his passport as moot. (*See* Docket # 434). I confirmed today with Sam Schmidt, Esq., counsel for the defendant, that Mr. Zelinsky received his passport from Pre-Trial Services.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By: [signature]
    Jason P. Hernandez
    Assistant U.S. Attorney
    (212) 637-1024

cc:    Sam Schmidt, Esq. (By fax - 212-346-4665)

*See attached typewritten*
*Memo Endorsement*

[Handwritten endorsement:] In view of this letter the motion by Yuri Zelinsky for return of passport is terminated as moot. So ordered. R.P.P. 1/25/13

Case:       U.S. v. Chervin (Aaron Chervin)
Index No.:  10 Cr. 918 (RPP)

## MEMO ENDORSEMENT READS AS FOLLOWS:

In view of this letter, the motion by Yuri Zelinsky for return of property is terminated as moot.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 1/25/13*